**Dismissed and Memorandum Opinion filed October 25, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00606-CV

**ALEXIS RAY, ZSACOYA RAY & JACQUELINE RAY, Appellants**

**V.**

**YELLOWSTONE BOULEVARD I, LLC, Appellee**

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1113117**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 17, 2018. The clerk's record was filed July 27, 2018. No reporter's record was filed. No brief was filed.

On August 16, 2018, this court issued an order stating that unless appellants filed a brief on or before September 17, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Busby.